■ In the Matter of ANTHONY S. PIGNATARO, Appellant, v THOMAS P. AMODEO, as Chief Judge of Buffalo City Court, Respondent. [849 NYS2d 824]—Appeal from a judgment (denominated order) of the Supreme Court, Erie County (Shirley Troutman, A.J.), dated November 28, 2006 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Hurlbutt, J.P., Centra, Peradotto and Pine, JJ.